Michael K. Sipes, SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
9381 East Stockton Blvd., Ste. 116
Elk Grove, CA 95624
Telephone: (866) 656-7080
Facsimile:  (866) 244-3862
mksipes@sipeslaw.com

Attorney for Defendant
LAW OFFICES OF ALAN M. LASKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGIA MELENDEZ,<br><br>    Plaintiff<br><br>    v.<br><br>CACH, LLC; LAW OFFICES OF ALAN M. LASKIN; MARTHA KUNKLE aka LAURIE KUNKLE; HOANG THANH TRAN; and DOES 1 to 100,<br><br>    Defendants. | CASE NO.:  CV11-5456 MEJ<br><br>**ORDER AUTHORIZING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND MOTION TO REMAND**<br><br>Date:  February 23, 2012<br>Time:  2:00 p.m.<br>Ctrm.: 2, 4th Floor<br>**Judge: Claudia Wilken** |

   Michael K. Sipes is hereby authorized to appear by telephone through Courtcall at the Case Management Conference and Motion to Remand scheduled on the above-stated date at the above-stated time in the above-stated department of the above-entitled court.

Dated: 2/23/2012

_____
Judge Claudia Wilken
Judge of the U.S. District Court
Northern District of California

**ORDER AUTHORIZING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE
AND MOTION TO REMAND**