IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGIA MELENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CASH, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-5456 CW<br><br>ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT |

In its May 16, 2012 Order, the Court ruled that Plaintiff's Second Amended Complaint (2AC) was deemed filed on the date of the Order. However, the 2AC was an attachment to Plaintiff's motion for leave to amend her complaint and cannot be deemed filed as a separate document. Therefore, Plaintiff shall e-file her 2AC as a separate document within two days from the date of this Order and it shall be deemed to be filed on May 16, 2012.

IT IS SO ORDERED.

Dated: 5/23/2012

CLAUDIA WILKEN
United States District Judge