IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGIA MELENDEZ, | No. C 11-5456 CW |
| Plaintiff, | ORDER DENYING MOTION TO FILE UNDER SEAL |
| v. | |
| CACH, LLC, et al., | |
| Defendants. | |

On May 11, 2012, Plaintiff filed an administrative motion to file certain documents under seal. However, Plaintiff has not complied with Civil Local Rule 79-5(b) because she has failed to lodge with the Clerk the specified documents. Furthermore, it is not clear whether Plaintiff considered whether only a portion of the documents meets the requirements for sealing and, thus, a request to file a portion of the documents under seal pursuant to Civil Local Rule 79-5(c) might be more appropriate. Therefore, Plaintiff's motion to file under seal is denied without prejudice to re-filing to remedy these deficiencies. (Docket No. 70).

IT IS SO ORDERED.

Dated:   5/23/2012

CLAUDIA WILKEN
United States District Judge