**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIGIA MELENDEZ,

      Plaintiffs,

  v.

CACH, LLC, et al.

      Defendants.

_____/

No. C 11-5456 CW

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

    Plaintiff Ligia Melendez moves for an extension of time, from June 13, 2012 to June 20, 2012, to file an opposition to Defendant CACH's motion to dismiss, which was filed on May 30, 2012 and noticed for a hearing on July 19, 2012.  Plaintiff represents that CACH does not oppose her motion.  The Court grants Plaintiff's unopposed motion.  CACH's reply is due on June 27, 2012, one week after Plaintiff files her opposition.  The hearing date of July 19, 2012 remains unchanged.

    The Court notes that Defendant Law Offices of Alan M. Laskin also filed a motion to dismiss on May 30, 2012 with a hearing date noticed for July 19, 2012.  Plaintiff's opposition to that motion is due on June 13, 2012.

    IT IS SO ORDERED.

Dated: 6/6/2012

CLAUDIA WILKEN
United States District Judge