MANUEL A. JUAREZ, ESQ. / State Bar #200706
LAW OFFICES OF MANUEL A. JUAREZ
2143 Cedar St., Ste. 200
Berkeley, California 94709
Telephone: (510) 841-6164
Facsimile:  (510) 841-6164

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIGIA MELENDEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>CACH, LLC;  et al<br><br>        Defendants | Case No.: Case No.  4:11-cv-05456-CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO RESPOND TO<br>    **2.]    Motion to Strike Plaintiff's Amended Complaint  ANTI-SLAPP-  filed by Alan M. Laskin, Jason Ewing and Natasha Langenfeld (Docket No. 108);** |

After considering the Plaintiff's *Emergency* Motion for an Extension of Time to Respond to :

**2.]    Motion to Strike Plaintiff's Amended Complaint  ANTI-SLAPP-  filed by Alan M. Laskin, Jason Ewing and Natasha Langenfeld (Docket No. 108);**

and the entire record in this action, it is hereby ordered that the motion is GRANTED.

The Plaintiff shall have up to and including to  August 7, 2012 to respond to this Motion.

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO RESPOND TO  2.]         Motion to Strike Plaintiff's Amended Complaint  ANTI-SLAPP-  filed by Alan M. Laskin, Jason Ewing and Natasha Langenfeld (Docket No. 108);Case No.: Case No.  4:11-cv-05456-CW

1
2  ORDERED this __16th__ day of July, 2012.
3                                          _____
4                                          THE HONORABLE CLAUDIA A. WILKEN
                                           UNITED STATES DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
                                                                    2
24
   ~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO
25 RESPOND TO  2.]        Motion to Strike Plaintiff's Amended Complaint  ANTI-SLAPP-  filed by Alan M. Laskin, Jason Ewing and Natasha Langenfeld (Docket No. 108);Case No.: Case No.  4:11-cv-05456-CW

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and will constitute personal service, to the following:

| | |
|---|---|
| Stephen A. Scott, Esquire<br>Dara M. Tang, Esquire<br>HAYES SCOTT BONINO ELLINGSON<br>203 Redwood Shores Parkway, Ste. 480<br>Redwood City, CA 94065<br>(650) 637-9100<br>(650) 637-8071 (fax)<br>sscott@hayesscott.com<br>dtang@hayesscott.com<br><br>Manuel H. Newburger, Esquire<br>BARRON & NEWBURGER<br>1212 Guadalupe, Ste. 104<br>Austin, TX 78701<br>(512) 476-9103<br>(512) 476-9253<br>**Attorneys for CACH** | Mark E. Ellis, Esquire<br>Andrew M. Steinheimer, Esquire<br>ELLIS LAW GROUP<br>555 University Avenue, Ste 200<br>Sacramento, CA 95825<br>(916) 283-8820<br>(916) 283-8821 (fax)<br>breeves@ellislawgrp.com<br>asteinheimer@ellislawgrp.com<br>**Attorneys for the LAW OFFICES OF ALAN M. LASKIN** |
| Robert Bader, Esquire<br>Audrey M. Lin, Esquire<br>Three Embarcadero Center<br>24th Floor<br>San Francisco, CA 94111<br>415-733-6055<br>415-677-9041 (fax)<br>rbader@goodwinprocter.com<br>**Attorneys for LORRAINE KUNKLE And MARK TRAN** | Timothy P. Johnson, Esquire<br>LAW OFFICES OF TIMOTHY P. JOHNSON<br>1970 Old Tustin Avenue, Second Floor<br>Santa Ana, CA 92705<br>(714) 832-1170<br>(714) 832-1179 (fax)<br>tjohnson@johnson-chambers.com<br>**Attorney for SQUARE TWO FINANCIAL, aka COLLECT AMERICA** |

/s/ *Manuel A. Juarez*
Manuel A. Juarez

3

PROPOSED] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO RESPOND TO  2.]         Motion to Strike Plaintiff's Amended Complaint  ANTI-SLAPP-  filed by Alan M. Laskin, Jason Ewing and Natasha Langenfeld (Docket No. 108);Case No.: Case No.  4:11-cv-05456-CW