1  MANUEL A. JUAREZ, ESQ. / State Bar #200706
   LAW OFFICES OF MANUEL A. JUAREZ
   2143 Cedar St., Ste. 200
2  Berkeley, California 94709
   Telephone: (510) 841-6164
3  Facsimile:  (510) 841-6164

4  Attorneys for Plaintiff

5

6                   UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          OAKLAND DIVISION

9                                          )  Case No.: Case No.  4:11-cv-05456-CW
                                            )
10                                          )
                                            )  [PROPOSED] ORDER GRANTING
11  LIGIA MELENDEZ,                         )  PLAINTIFF'S *EMERGENCY* MOTION
                                            )  FOR EXTENSION OF TIME TO
12              Plaintiff,                  )  RESPOND TO :
                                            )       **6.]   Motion to Dismiss Second
13       vs.                                )             Amended Complaint filed by
                                            )             Square Two Financial,
14  CACH, LLC;  et al                       )             (Docket No. 127).**
                                            )
15              Defendants                  )
                                            )
16  _____   )

17

18       After considering the Plaintiff's *Emergency* Motion for an Extension of Time to

19  Respond to :

20       **6.]   Motion to Dismiss Second Amended Complaint filed by Square Two
                Financial, (Docket No. 127).**

21

22

23

                                                                              1
24  [PROPOSED] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO
    RESPOND TO : 6.]
25  Motion to Dismiss Second Amended Complaint filed by Square Two Financial, (Docket No. 127). No.  4:11-cv-05456-CW

and the entire record in this action, it is hereby ordered that the motion is GRANTED.  The Plaintiff shall have up to and including to August 7, 2012 to respond to this Motion.

ORDERED this ___16th___ day of July, 2012.

                                               _____
                                                THE HONORABLE CLAUDIA A. WILKEN
                                                 UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO RESPOND TO : 6.]
Motion to Dismiss Second Amended Complaint filed by Square Two Financial, (Docket No. 127). No.  4:11-cv-05456-CW

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and will constitute personal service, to the following:

| | |
|---|---|
| Stephen A. Scott, Esquire<br>Dara M. Tang, Esquire<br>HAYES SCOTT BONINO ELLINGSON<br>203 Redwood Shores Parkway, Ste. 480<br>Redwood City, CA 94065<br> (650) 637-9100<br>(650) 637-8071 (fax)<br>sscott@hayesscott.com<br>dtang@hayesscott.com<br><br>Manuel H. Newburger, Esquire<br>BARRON & NEWBURGER<br>1212 Guadalupe, Ste. 104<br>Austin, TX 78701<br>(512) 476-9103<br>(512) 476-9253<br>**Attorneys for CACH** | Mark E. Ellis, Esquire<br>Andrew M. Steinheimer, Esquire<br>ELLIS LAW GROUP<br>555 University Avenue, Ste 200<br>Sacramento, CA 95825<br>(916) 283-8820<br>(916) 283-8821 (fax)<br>breeves@ellislawgrp.com<br>asteinheimer@ellislawgrp.com<br>**Attorneys for the LAW OFFICES OF ALAN M. LASKIN** |
| Robert Bader, Esquire<br>Audrey M. Lin, Esquire<br>Three Embarcadero Center<br>24th Floor<br>San Francisco, CA 94111<br>415-733-6055<br>415-677-9041 (fax)<br>rbader@goodwinprocter.com<br>**Attorneys for LORRAINE KUNKLE And MARK TRAN** | Timothy P. Johnson, Esquire<br>LAW OFFICES OF TIMOTHY P. JOHNSON<br>1970 Old Tustin Avenue, Second Floor<br>Santa Ana, CA 92705<br>(714) 832-1170<br>(714) 832-1179 (fax)<br>tjohnson@johnson-chambers.com<br>**Attorney for SQUARE TWO FINANCIAL, aka COLLECT AMERICA** |

                                              /s/ *Manuel A. Juarez*
                                              Manuel A. Juarez

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EMERGENCY* MOTION FOR EXTENSION OF TIME TO RESPOND TO : 6.]
Motion to Dismiss Second Amended Complaint filed by Square Two Financial, (Docket No. 127). No. 4:11-cv-05456-CW